IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | Case No. 2:19-mj-301-JHR |
| JEREMY HUGH ROGERS | |

**AFFIDAVIT IN SUPPORT OF
CRIMINAL COMPLAINT**

I, Jonathan A. Duquette, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I have been a Task Force Officer with the Federal Bureau of Investigation since June of 2015. I am currently assigned to the Joint Terrorism Task Force ("JTTF") in the FBI Boston Division, Portland, Maine Resident Agency (Portland RA). Additionally, I have been employed by the United States Border Patrol since December of 2009, and after approximately three-and-a-half (3 1/2) years of working as a uniformed patrol agent, I became an Intelligence Agent. In October 2014, I was assigned to the Tri-Agency Drug Task Force in Havre, Montana, where I initiated and assisted in numerous felony and misdemeanor narcotics related investigations. I have been assigned to work on federal, state, and local narcotics investigations, as well as interstate threats, and international and domestic terrorism matters. My duties and responsibilities also include the investigation of white supremacist and other groups responsible for perpetrating hate crimes. I am familiar with and have participated in all of the normal methods of investigation, including but not limited to visual surveillance, questioning of witnesses, the use of search and arrest warrants, the use of informants, the use of pen registers,

the utilization of undercover agents, the use of Grand Jury, and the use of court authorized wire and electronic intercepts.

2. I make this affidavit in support of a criminal complaint charging Jeremy Hugh Rogers with violation of Title 18, United States Code, Section 922(g)(1). The facts in this affidavit come from my personal observations, my training and experience, information obtained from witnesses, and information obtained from other law enforcement personnel.

## PROBABLE CAUSE

3. On August 21, 2019, at 5:22 PM Eastern Standard Time (EST) New York State Police received a complaint concerning terroristic threats made by a subject named Jeremy H. Rogers (Rogers). The complainant alleged that Rogers sent the complainant two videos of Rogers via Facebook Messenger. I have viewed those videos. The first showed a subject, subsequently identified as Rogers, wearing a black ski mask, loading a magazine into an AR-15 (assault rifle) and stating "Man, I'm tired of this shit, I'm going to fucking Walmart." The second video shows Rogers holding a pistol (which subsequently was determined to be a black powder pistol) to his head. The complainant indicated the messages were received on August 18, 2019 from Rogers. The complainant stated that Rogers had moved to Rockland, Maine about one month prior. The complainant forwarded the two videos to the New York State Police, which in turn forwarded them to the Knox County, Maine Dispatch (known locally as the Knox Regional Communication Center).

4. Knox Regional Communication Center notified local authorities at Rockport Police Department, Thomaston Police Department, and the Rockland Police Department. Based on information that Rogers was residing in Rockport, Maine, local authorities decided to

2

recommend closing the Thomaston Walmart at around 9 PM on August 21st. Rockland Police filed an emergency disclosure with Facebook via the law enforcement portal.

5. On August 22, 2019, the FBI Portland RA received information concerning the emergency disclosure from Facebook. The emergency disclosure identified the subject as, Jeremy Rogers, Date of Birth XX/XX/1994, Telephone XXX-952-65XX, Email jhXXXXXXXXX@gmail.com. The following paragraphs (6-8) were generated from the information obtained from Facebook.

6. On August 12, 2019, between 8:42:31 PM Pacific Daylight Time (PDT) and 8:48:34 PM PDT, a Facebook user utilizing the name Hugh Rogers (Facebook ID 100037424948433) sent messages to another Facebook user (not the complainant) that contained the following messages and videos:

Rogers (8:42:31): "Wanna see my new Wal-Mart killer?"

Rogers (8:44:50): 

Rogers (8:45:48): "I got bored so I bought a bunch of bullets and shotgun shells"

Rogers (8:46:16): "I named her Bella"

3

Rogers (8:48:34): "I've been trying to figure out what's wrong with the other one because I can only get one shot off at a time and then I have to cock the rifle again to shoot the next round."

Facebook identified the Hugh Rogers account as being linked to Jeremy Rogers. I know from my investigation that Rogers' middle name is Hugh.

7. On August 18, 2019, at 4:10:29 AM PDT, a Facebook user utilizing the name Hugh Rogers (Facebook ID 100037424948433) sent a message to another Facebook user (a third person) that contained an image. The image showed what appeared to be a person's point of view if they were carrying an assault rifle into a Walmart store. Text on the image reads, "MATCH BEGINS IN 2." (See image below).



8. On August 18, 2019, at 5:39:24 PM PDT a Facebook user utilizing the name Jeremy Rogers (Facebook ID 100021032199163) sent a message to still another Facebook user which appears to be the same video as sent to the original complainant in which Rogers is

4

wearing a mask and states that he is going to Walmart (as described in paragraph 3 above). Following is a screenshot of Rogers as he appeared in that video.[1]



9. Pursuant to its emergency disclosure, Facebook identified four additional Facebook accounts linked to Jeremy Rogers' account (Facebook ID 100021032199163) by devices, IP address, and/or naming convention. Those are account numbers 100037424948433, 100026194220563, 100024366256623, 100012121653331.

10. On August 22, 2019, New York State Police received additional images and videos from a second complainant which were forwarded to the FBI. One of these videos depicts Rogers firing a Glock 17C handgun that has a small flashlight attached to it. Another shows Rogers firing an assault rifle. An additional video shows Rogers handling three separate hand guns, and stating, "Man, I'm drowning in pistols, I got the 9mm Makarov, from Russia

---

[1] I recognize the person in the video to be Jeremy Rogers both by his voice, which I have listened to at length in audio/video created by the Rockland police department when they arrested Rogers on August 22, 2019, as well as from the fact that Rogers made statements to law enforcement after his State arrest which confirmed that he was the masked person in the video.

with love. Let's go to Austria, get the police Glock, and let's go over to this bitch and get out the other Glock". The first Glock in the last video has an attached flashlight and appears to be the same hand gun that Rogers discharged in a separate video described earlier in this paragraph.

11. My review of Rogers' criminal history indicates that Rogers is a convicted felon, having been found guilty for a criminal weapons offense that occurred on October 13, 2016, in Connecticut. The investigation has revealed that Rogers received a mandatory 2 year prison term on that conviction. I have obtained a certified copy of the judgment and conviction order. I note that it contains large bold print on its cover page that reads FELONY CONVICTION. The docket number on the judgment and conviction order is S20N-CR16-0142572-S.

12. At approximately 3:25 PM EST on August 22, 2019, Rogers was taken into custody in the driveway of a residence on Mount Pleasant Road in Rockport, Maine on state charges for Terrorizing and Felon in Possession of a Firearm. Upon being arrested, Rogers asked, "Is this because of the Facebook post I sent someone?"

13. After Rogers was taken into custody, local authorities secured the residence on Mount Pleasant Road pending issuance of a search warrant. At 7:09 PM, a state judge authorized a search warrant for the residence. Officers searched the residence and recovered several firearms to include a Glock model 17C handgun with attached flashlight, a Russian 9mm hand gun, and an AR-15 assault rifle. The Glock and the AR-15 appear to be the same weapons that Rogers had posted videos of himself discharging.[2] The serial number on the AR-15 is Y418831, and the serial number on Glock with the flashlight is SN TAM179. I have consulted

---

[2] Two Glock pistols were located in the search, but only one had a small attached flashlight. Although Rogers seemed to reference two assault rifles in a Facebook post (see paragraph 6) only one AR-15 rifle was located in the search. It had an olive colored sling attached to it, as did the AR-15 depicted in the "Walmart" video described above.

6

with Special Agent Tyler Leighton of the Bureau of Alcohol, Tobacco and Firearms and he informed me that the AR-15 and the Glock were manufactured outside of the State of Maine.

14. After his arrest by local police on August 22nd, Rogers was advised of his Miranda rights and was interviewed at the Rockland Police Department by local police and an FBI agent. Rogers admitted that he had been charged in Connecticut with two counts of Criminal Possession of a Firearm. He was sentenced to two years in jail. He was paroled after 13 months' imprisonment. Rogers admitted to having multiple Facebook profiles because Facebook would suspend his accounts for posting derogatory images or text. When that happened he would switch to another account. Rogers admitted that, about four days prior to his arrest, he had made the video of himself wearing the ski mask and stating that he was going to Walmart. He stated that he intended that as a joke.

15. The investigation has determined that all of the firearms Rogers is seen handling and firing in the videos described above are owned by the individual who owns the home on Mount Pleasant Road in Rockland where Rogers was arrested and where he had been staying since approximately August 1st. The home owner told investigators that he had not authorized Rogers to handle or use the firearms. Investigation has determined that Rogers purchased ammunition suitable for use in an AR-15 from Walmart in Thomaston on August 10, 2019.

16. Rogers is currently being held at the Knox County Jail in Rockland in State detention.

## CONCLUSION

17. Based on the information detailed above in this affidavit, there is probable cause to believe that Jeremy Hugh Rogers violated Title 18, United States Code, Sections 922(g)(1) (felon in possession of a firearm) on about August 18, 2019.

I hereby swear that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and I make this oath under penalties of perjury.

_____
Jonathan A. Duquette
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me this 30ᵗʰ day of September, 2019

_____
John H. Rich III
United States Magistrate Judge