2:19-mj-301-JHR

## Complaint Synopsis

| | |
|---|---|
| **Name:** | Jeremy Hugh Rogers |
| **Address:** (City & State Only) | Rockport, Maine |
| **Year of Birth and Age:** | 1994; 25 years old |
| **Violations:** | 18 U.S.C. § 922(g)(1) |
| **Penalties:** | 18 U.S.C. 924(a)(2) - Imprisonment not to exceed ten (10) years; Fine not to exceed $250,000, or both. This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(4). |
| **Supervised Release:** | Not more than three years (18 U.S.C. § 3583(b)(2)). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than two years (18 U.S.C. § 3583(e)(3)). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Three years less any period of imprisonment imposed upon revocation of supervised release (18 U.S.C. § 3583(h)). |
| **Defendant's Attorney:** | Unknown |
| **Primary Investigative Agency and Case Agent Name:** | TFO FBI/John Duquette |
| **Detention Status:** | In state custody |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | No |
| **County:** | Knox |
| **AUSA:** | Richard W. Murphy |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | None |
| **Assessments:** | $100 (18 U.S.C. § 3013(a)(2)(A)). |